**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **C.H.** ***a minor child by and through next friends*** **John Holinka and Allison Holinka,** | § | |
| *Plaintiffs* | § | |
| | § | **No. 1:26-cv-00443-RP** |
| **v.** | § | |
| | § | |
| **Leander Independent School District,** | § | |
| *Defendant* | § | |

**ORDER**

Plaintiffs filed their Original Complaint on February 25, 2026. Dkt. 1. Defendants appeared on May 26, 2026. Dkt. 4. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **August 28, 2026**.

**SIGNED** on August 14, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE